**Motion GRANTED AND Order filed September 22, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00763-CV

_____

## IN RE 218 TRAVIS, LLC, Relator

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS
### 151st District Court
### Harris County, Texas
### Trial Court Cause No. 2012-23103

---

## ORDER

On September 22, 2014, relator 218 Travis, LLC filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Mike Englehart, Judge of the 151st District Court, in Harris County, Texas, to set aside his order dated September 17, 2014, entered in trial court number 2012-23103, styled *218 Travis, LLC v. 220 Travis, LLC, et al.* Relator claims respondent

abused his discretion by ordering relator to amend its response to the real parties in interest's second request for production by identifying the Bates stamp number that corresponds with each document responsive to each request for production.

Relator has also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10.  On September 22, 2014, relator asks this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted.  We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the September 17, 2014 order entered in trial court cause number 2012-23103, *218 Travis, LLC v. 220 Travis, LLC, et al.,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

We **FURTHER ORDER** relator to file a record in compliance with Texas Rule of Procedure 52.7 (a) by September 29, 2014.

In addition, the court requests the real parties-in-interest to file a response to the petition for writ of mandamus on or before October 6, 2014**.**  *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Busby.